# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,          ) | |
|                                                     ) | **ORDER** |
|           Plaintiff,                          ) | |
|                                                     ) | |
|      vs.                                       ) | |
|                                                     ) | |
| Scott Anderson and Doreese R. Coles,   ) | Case No.: 1:20-mj-213 |
|                                                     ) | |
|           Defendants.                     ) | |

Before the Court is the United States' motion to quash the arrest warrants issued in this case and instead issue criminal summons. In the interest of justice, the Court **GRANTS** this motion (Doc. No. 4). The arrest warrants are hereby quashed, and the Clerk's Office is ordered to issue a summons setting forth the date, time, and location of Defendants' appearance.

In light of the current public health crisis, the defendants have the option to appear at this hearing by telephone, in lieu of personal appearance. If one or both wishes to do so, they must contact the Court as soon as possible at (701) 530-2340 to make call-in arrangements. A copy of this order shall be served with the summons upon each defendant.

   **IT IS SO ORDERED**.

   Dated this 11th day of May, 2020.

                                                                */s/  Clare R. Hochhalter*
                                                                Clare R. Hochhalter
                                                                United States Magistrate Judge